IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BILL CANNON**, <br><br> *Plaintiff*, <br><br> v. <br><br> **COPPER HILL REAL ESTATE, LLC**, <br><br> *Defendant*. | Case No. 2:23-cv-02242-JDW |

## ORDER

**AND NOW**, this 24th day of October, 2023, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b).  Each party shall bear his or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.